IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
AT NASHVILLE
October 24, 2007 Session

**STATE OF TENNESSEE v. TAMELA T. SCOTT**

**Appeal from the Circuit Court for Cannon County**
**No. F05-02     Don Ash, Judge**

_____

**No. M2006-02067-CCA-R3-CD - Filed September 17, 2008**

_____

ROBERT W. WEDEMEYER, J., concurring in part and dissenting in part.

I concur in the well-reasoned opinion of the majority as to all issues except the issue of the Defendant's sentence. The majority opinion modifies the Defendant's sentence from one year of confinement followed by sixteen years of probation to one year of confinement followed by eight years of probation.

As the majority opinion points out, "the trial court related the sixteen-year term of probation to the need to ensure that the Defendant complied with the professions of rehabilitating herself that she made in her allocution." In my view, this finding by the trial court is supported by the record and relevant sentencing principles and should not be disturbed on appeal. _State v. Fletcher_, 805 S.W.2d 785, 789 (Tenn. Crim. App. 1991).

I would affirm the sentence imposed by the trial court.

_____
ROBERT W. WEDEMEYER, JUDGE